**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RANDY ROBERTSON,     PLAINTIFFS
ADC #147455, et al.

v.     4:13CV00508-KGB-JTK

BRUCE PENNINGTON, et al.     DEFENDANTS

## **ORDER**

On October 10, 2013, copies of the September 30, 2013 Response and October 1, 2013 Order which were mailed to Plaintiff Phillips at his last-known address, were returned to Sender (Doc. Nos. 19-21).[1]

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff Phillips has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Phillips shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in his dismissal without prejudice from this lawsuit, for failure to prosecute.

---

[1] In addition, as of this date, Plaintiff is no longer listed as an inmate with the Saline County Sheriff's Office or the Arkansas Department of Correction on their websites.

IT IS SO ORDERED this 11th day of October, 2013.

                                              _____
                                              JEROME T. KEARNEY
                                              UNITED STATES MAGISTRATE JUDGE