IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY ROBERTSON,
ADC #107098, et al.                                                                                      PLAINTIFFS

V.          Case No. 4:13-cv-00508-KGB-JTK

BRUCE PENNINGTON, et al.                                                                          DEFENDANTS

**ORDER**

The Court has reviewed United States Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations ("Recommendations") (Dkt. No. 26). No objections to the Recommendations have been filed. After careful review of the Recommendations, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Co-plaintiffs Christopher Phillips and Patrick Ragsdale are dismissed from this action without prejudice.

2. Plaintiff Randy Robertson's allegations of improper charges for medical care and meals, excessive commissary and telephone prices, and improper sentencing due to actions of other inmates, are dismissed without prejudice for failure to state a claim upon which relief may be granted.

SO ORDERED this 10th day of February, 2014.

_____
Kristine G. Baker
United States District Judge