# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RANDY ROBERTSON**                                                                                                                  **PLAINTIFF**

V.                              Case No. 4:13-cv-00508-KGB-JTK

**BRUCE PENNINGTON, et al.**                                                                                          **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 59). There have been no objections, and the time for filing objections has passed. After a careful review of the Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, the Court grants defendants' motion for summary judgment (Dkt. No. 49) and dismisses with prejudice plaintiff's claims against defendants. An appropriate Judgment shall accompany this Order.

SO ORDERED this 6th day of March, 2015.

_____
Kristine G. Baker
United States District Judge