# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RANDY ROBERTSON**                                                                              **PLAINTIFF**

**V.**                           **Case No. 4:13-cv-00508-KGB-JTK**

**BRUCE PENNINGTON, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 6th day of March, 2015.

_____
Kristine G. Baker
United States District Judge